UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERVIN SANDERS,

        Plaintiff,

   vs.                                       CASE NO. 10-13070
                                             HON. LAWRENCE P. ZATKOFF

THOMAS K. BELL, et al.,

        Defendants.
_____/

## OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, a former prisoner proceeding *pro se*, filed a 42 U.S.C. § 1983 action against the Defendants. This matter is currently before the Court on Magistrate Judge R. Steven Whalen's Report and Recommendation (Docket #23), wherein the Magistrate Judge recommends that the Defendants' Motion for Summary Judgment be granted and that Plaintiff's case be dismissed with prejudice.

After a thorough review of the court file and the Report and Recommendation (no objections to the Report and Recommendation were filed), this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court.

Therefore, for the reasons stated above, the Defendants' Motion for Summary Judgment (Docket #12) is GRANTED and Plaintiff's case is DISMISSED WITH PREJUDICE. Judgment shall be entered accordingly.

IT IS SO ORDERED.

          s/Lawrence P. Zatkoff
          LAWRENCE P. ZATKOFF
          UNITED STATES DISTRICT JUDGE

Dated:  September 12, 2011

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on September 12, 2011.

          s/Marie E. Verlinde
          Case Manager
          (810) 984-3290